**6**

**INDUSTRIAL OIL & GAS CO. et al., Appellants, v. HARDING GLASS CO. et al., Appellees.**

(Circuit Court of Appeals, Eighth Circuit. September 13, 1926.)

No. 7556.

Appeal from the District Court of the United States for the Western District of Arkansas.

Daily & Woods, of Ft. Smith, Ark., for appellants.

Joseph R. Brown and James B. McDonough, both of Ft. Smith, Ark., for appellees.

PER CURIAM. Appeal dismissed, with costs, on motion of appellant and consent of appellees.